BEFORE THE SECOND DIVISION, JANUARY 21, 1958

**No. 61485.**—Keuffel & Esser Co. *v.* United States, protests 312957–K, 315487–K, and 320130–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 21, 1958

**No. 61486.**—Biddle Purchasing Co. et al. *v.* United States, protests 302899–K, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, not landed, not found, were not in fact received by the importers.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found, or as not landed, not found.   The protests were sustained to this extent.

**No. 61487.**—John J. Ryan & Sons, Inc., et al. *v.* United States, protests 288073–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C. D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the respective invoices in question.

**No. 61488.**—Hudson Shipping Co., Inc. *v.* United States, protest 301992–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.